AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF  NEVADA

JOHN RAY MILLER,

    Plaintiff,  JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:08-cv-00077-LRH-RAM**

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is DISMISSED without prejudice because Petitioner has left the Court with no legal avenue to consider his claims, and because it duplicates Miller v. Bates.

  April 4, 2008                                   **LANCE S. WILSON**
                                                             Clerk

                                                             /s/ Kalani Lizares
                                                              Deputy Clerk