# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

IN THE MATTER OF THE APPLICATION OF

JOHN RAY MILLER,

Petitioner.

Case No. 3:08-CV-00077-LRH-(RAM)

**ORDER**

Petitioner has submitted a Demand for Declaratory Judgment and Speedy Hearing to Advance it on Calendar (#8, #9), and a Request for Submission (#10). The Court's dismissal (#6) of this action makes these motions moot.

IT IS THEREFORE ORDERED that Petitioner's Demand for Declaratory Judgment and Speedy Hearing to Advance it on Calendar (#8, #9) and Request for Submission (#10) are **DENIED** as moot.

DATED this 11th day of April, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE