# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

IN THE MATTER OF THE APPLICATION OF

JOHN RAY MILLER,

Petitioner.

Case No. 3:08-CV-00077-LRH-(RAM)

**ORDER**

Petitioner has submitted a Motion for Reconsideration (#14) pursuant to Rule 60 of the Federal Rules of Civil Procedure. The Court dismissed this action because Petitioner insisted that he did not file his habeas corpus petition pursuant to 28 U.S.C. § 2254 even though he is in custody pursuant to a state-court judgment of conviction, and because Petitioner could seek leave to amend a § 2254 petition that he already has pending in this Court. Nothing in the Motion for Reconsideration (#14) would cause the Court to depart from its conclusions.

IT IS THEREFORE ORDERED that Petitioner's Motion for Reconsideration (#14) is **DENIED**.

DATED this 21st day of May, 2008.

LARRY R. HICKS
UNITED STATES DISTRICT JUDGE